ACCEPTED
03-14-00672-CV
3937630
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 4:07:29 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00672-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 4:07:29 PM
JEFFREY D. KYLE
Clerk

_____

JOHN DALE DUNN AND
PATRICIA LOUISE SOMMER

v.

MARRIOTT HOTEL CORP.
D/B/A RENAISSANCE AUSTIN HOTEL

_____

UNOPPOSED MOTION TO DISMISS PURSUANT TO SETTLEMENT

_____

TO THE HONORABLE COURT OF APPEALS:

Appellants John Dale Dunn and Patricia Louise Sommer (together, "Appellants") file this unopposed motion to dismiss their appeal pursuant to a settlement between the parties. Appellants no longer wish to pursue this appeal and, therefore, respectfully request that this Court dismiss this appeal.

Respectfully submitted,

_____/s/ MB CHIMENE_____
THE CHIMENE LAW FIRM
Michele Barber Chimene
State Bar NO. 04207500
15203 Newfield Bridge Ln.
Sugar Land, TX. 77498
PH: (713) 474-5538
michelec@airmail.net

## CERTIFICATE OF CONFERENCE

Jane Webre, counsel for Appellee, informed the undersigned that Appellee is is not opposed to the relief sought through this motion.


_____/s/ MB CHIMENE_____


## CERTIFICATE OF SERVICE

A true and correct copy of this Unopposed Motion to Dismiss Pursuant to Settlement has been served on counsel for Appellee, Jane Webre, Scott, Douglass & McConnico, LLP, 600 Congress Ave. Ste. 1500, Austin, TX. 78701 by ECF and email on Jan 28, 2015.


_____/s/ MB CHIMENE_____